IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| BRITISH AIRWAYS PLC, | ) ) ) ) |
| Plaintiff, | ) No. 19-1124 T ) |
| v. | ) ) |
| THE UNITED STATES of AMERICA, | ) ) |
| Defendant. | ) ) ) ) |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Rule 5.2(d) of the Rules of the Court of Federal Claims, British Airways PLC, moves to file the above-captioned Complaint and accompanying Exhibits A through J under seal. The Complaint and Exhibits contain Plaintiff's taxpayer identification number. If Plaintiff's motion is granted, Plaintiff will promptly file a redacted Complaint and accompanying Exhibits for the public record.

Wherefore, Plaintiff respectfully requests that the Court grant this motion and permit the filing under seal of Plaintiff's Complaint and accompanying Exhibits.

Respectfully submitted this 1st day of August, 2019.

    /s/ Adam P. Feinberg
Adam P. Feinberg
Counsel of Record
**MILLER & CHEVALIER CHARTERED**
900 Sixteenth St. N.W.
Washington, DC  20006
Email: afeinberg@milchev.com
Phone: (202) 626-5800
Fax: (202) 626-5801
*Attorney for Plaintiff British Airways PLC*

Of Counsel:
Steven R. Dixon
**MILLER & CHEVALIER CHARTERED**
900 Sixteenth St. N.W.
Washington, DC  20006
Email: sdixon@milchev.com
Phone: (202) 626-5800
Fax: (202) 626-5801
*Attorney for Plaintiff British Airways PLC*